**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALEXANDER G. PINEDA**<br>3636 16th Street, N.W., #B661<br>Washington, D.C. 20010<br><br>          Plaintiff,<br><br>**v.**<br><br>**EDWARD J. FITZMAURICE**<br>4514 Connecticut Avenue, N.W., #301<br>Washington, D.C. 20008<br><br>**and**<br><br>**WASHINGTON METROPOLITAN AREA**<br>**TRANSIT AUTHORITY**<br>600 Fifth Street, N.W.<br>Washington, D.C.20001<br><br>          Defendants, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Case No. _____<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

**COMES NOW** the Defendant, Washington Metropolitan Area Transit

Authority (hereinafter referred to as "WMATA") by and through counsel, and

pursuant to 28 U.S.C. §1446, and provides notice of removal of a civil action from

the Superior Court of the District of Columbia. In support of this removal, the

Defendant states as follows:

1.      On or October 2, 2007, the Plaintiff, Alexander G. Pineda, filed this civil

action in the Superior Court of the District of Columbia, styled Alexander G.

Pineda v. Edward J. Fitzmaurice and Washington Metropolitan Area Transit

Authority, C.A. No. 2007 CA 006634 B.  (Attached hereto is a copy of

Plaintiff's Complaint).

2.     Defendant, WMATA, was formally served with process in this action on

October 10, 2007.

3.     The Summons, Complaint and Civil Non-Domestic Case Information Report

filed by the Plaintiff accompany this Notice of Removal.  These documents

constitute the only process, pleadings or orders received by the Defendant in

the action.

4.     This is a civil action over which this Court has original Federal Question

jurisdiction, pursuant to 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) as

set forth in D.C. Code §9-1107.10 (2007) which provides:

> The United States district courts shall have original jurisdiction,
> concurrent with the courts of Maryland and Virginia, of all actions
> brought by or against the Authority and to enforce subpoenas issued
> pursuant to the provisions of Title III. Any such action initiated in a
> state court shall be removable to the appropriate United States district
> court in the manner provided by § 1446 of Title 28, United States
> Code.

**WHEREFORE**, the Defendant, Washington Metropolitan Area Transit

Authority, requests that the entire action now pending in the Superior Court of the

District of Columbia be removed to the United States District Court for the District

of Columbia.

**WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY**

Carol B. O'Keeffe #445277
General Counsel

Mark F. Sullivan #430876
Deputy General Counsel
msullivan@wmata.com

Gerard J. Stief #925933
Associate General Counsel
gstief@wmata.com

Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel-WMATA
600 5th St., N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile:  (202) 962-2550
E-mail: nnunzio@wmata.com
Attorney for Defendant, WMATA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October 2007 a true copy of the

foregoing Notice of Removal was mailed first class mail, postage prepaid to

Edward C. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036

Edward J. Fitzmaurice
4514 Connecticut Avenue, N.W.
Apt. 301
Washington, D.C.  20008

Nicholas S. Nunzio, Jr.

*T. Price*
*10-10-07*
*@ 107*
*pm*

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM170
### Washington, D.C. 20001  Telephone: 879-1133

| ALEXANDER G. PINEDA |
| --- |

*Plaintiff*

VS.

| WMATA |
| --- |

*Defendant*

**0006634-07**

Civil Action No. [                    ]

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.**  If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Edward C. Bou, Esquire  # 37713 |
| --- |

Name of Plaintiff's Attorney

| 1001 Connecticut Avenue, NW, Suite 204 |
| --- |

Address

| Washington, DC 20036 |
| --- |

| (202) 223-1934 |
| --- |

Telephone

By _____
Deputy Clerk

Date [ 10 - 22 - 07 ]

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93

**NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

ALEXANDER G. PINEDA                                    *
3636 16th Street, N.W., Apt. B661                      *
Washington, DC 20010                                   *
                                                       *
        Plaintiff,                                     *
                                                       *
                                                       *        0006634-07
    vs.                                                *   Civil Case No. _____
                                                       *
EDWARD J. FITZMAURICE                                  *
4514 Connecticut Avenue, N.W.                          *
Apt. No. 301                                           *
Washington, D.C. 20008                                 *



    and                                                *

WASHINGTON METROPOLITAN                                *
AREA TRANSIT AUTHORITY                                 *
Serve Registered Agent:                                *
    Carol O'Keeffe                                     *
    General Counsel                                    *
    600 Fifth Street, NW                               *
    Washington, D.C. 20001                             *
                                                       *
        Defendants.                                    *

## COMPLAINT

COMES NOW the Plaintiff, ALEXANDER G. PINEDA, by and through counsel,

Edward C. Bou, Esquire, Stephen A. Bou, Esquire, Lawrence K. Bou, Esquire, and the

Law Offices of Bou & Bou, and brings this action against the Defendants, EDWARD J.

FITZMAURICE and WASHINGTON METROPOLITAN TRANSIT AUTHORITY

(hereinafter known as "WMATA"), and each of them, and for his Complaint states as

follows:

    1.      That this Honorable Court has jurisdiction hereof by virtue of D.C. Code §

11-921, et seq., as amended.

1

2.    That on or about September 13, 2006, at approximately 6:45 a.m., at or near the intersection of 16th Street, N.W. and Irving Street, N.W., Washington, D.C., Plaintiff, ALEXANDER G. PINEDA, then a passenger on a WMATA bus, that was owned by the Defendant, WMATA, and negligently and carelessly operated by Keith A. Ward, its agent, servant and/or employee, acting within the scope of his employment, rear-ended a vehicle that had been struck immediately prior, at the same time and place, by a vehicle negligently and carelessly operated by Defendant, EDWARD J. FITZMAURICE, and as a result of the negligence and carelessness of Defendants, WMATA and EDWARD J. FITZMAURICE, and each of them, the Plaintiff sustained personal injuries as hereinafter set forth.

3.    That as a direct and proximate result of the aforesaid negligence of the Defendants, EDWARD J. FITZMAURICE and WMATA, and each of them, Plaintiff, ALEXANDER G. PINEDA, sustained personal injuries and related damages, including but not limited to, medical bills, lost income, physical pain, suffering, mental anguish, inconvenience, etc.

WHEREFORE, the premises considered, Plaintiff, ALEXANDER G. PINEDA, brings this action and demands judgment against the Defendants, EDWARD J. FITZMAURICE and WMATA, and each of them, in the sum of Seventy Five Thousand Dollars ($75,000.00), plus the interest and costs of this action.

2

Respectfully submitted,

Law Offices of
Bou & Bou


By:  Edward C. Bou, Esquire
Attorney ID # 37713
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036
(202) 223-1934
*Counsel for Plaintiff*

PLAINTIFF DEMANDS A TRIAL BY JURY OF 6 OF ALL ISSUES HEREIN.


Edward C. Bou



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ALEXANDER G PINEDA
  Vs.                                          C.A. No.        2007 CA 006634 B
EDWARD J FITZMAURICE

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to:  Judge GEOFFREY M ALPRIN
Date:   October 2, 2007
Initial Conference: 9:00 am, Friday, January 11, 2008
Location:  Courtroom 320
                  500 Indiana Avenue N.W.
                  WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ALEXANDER G. PINEDA | EDWARD J. FITZMAURICE and WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Washington, D.C. (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)    Washington, D.C. NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Edward C. Bou, Esquire Bou & Bou 1001 Connecticut Avenue, N.W., Suite 204 Washington, D.C. 200036 | Nicholas S. Nunzio, Jr. Assistant General Counsel-WMATA Office of the General Counsel 600 Fifth Street, N.W., Second Floor Washington, D.C. 20001 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

◉ 3 Federal Question
   (U.S. Government Not a Party)

○ 2 U.S. Government Defendant

○ 4 Diversity
   (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

◉ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

○ **E.** *General Civil (Other)*    **OR**    ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

○ 1 Original Proceeding    ⦿ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Motor vehicle/personal injury lawsuit filed in D.C. Superior Court. Case removed per 28 USC 1446. §81, WMATA Compact (D.C. Code §9-1107.10)

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 75,000.00    Check YES only if demanded in complaint

JURY DEMAND:    YES ☒    NO ☐

## VIII. RELATED CASE(S) IF ANY

(See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE    October 29 2007    SIGNATURE OF ATTORNEY OF RECORD    _[signature]_

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.