CO-386-online
10/03

# United States District Court
# For the District of Columbia

ALEXANDER G. PINEDA )
)
)
)
vs  Plaintiff )   Civil Action No._____
)
EDWARD J. FITZMAURICE and )
WASHINGTON METROPOLITAN AREA )
TRANSIT AUTHORITY )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Washington Metropolitan Area Transit Authority__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Washington Metropolitan Area Transit Authority__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
Signature

362578
_____
BAR IDENTIFICATION NO.

Nicholas S. Nunzio, Jr., Ass't General Counsel-WMATA
_____
Print Name

600 Fifth Street, N.W., Second Floor
_____
Address

Washington, D.C.    20001
_____
City         State         Zip Code

(202) 962-1028; Facsimile: (202) 962-2550
_____
Phone Number