IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER G. PINEDA : | |
| : | |
| **Plaintiff,** : | |
| v. : | Civil No.  1:07-cv-01948 |
| : | Assigned to: Sullivan, Emmet G. |
| EDWARD J. FITZMAURICE and : | Assign. Date; 10/29/2007 |
| WASHINGTON METROPOLITAN AREA : | Description: PI/Malpractice |
| TRANSIT AUTHORITY : | |
| : | |
| **Defendants.** : | |

### ANSWER OF DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY TO PLAINTIFF'S COMPLAINT

**COMES NOW** the Defendant, Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA"), by and through undersigned counsel, and for answer to Plaintiff's Complaint states as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a cause of action against the Defendant, WMATA, for which relief may be granted.

### SECOND DEFENSE

1.  The Defendant, WMATA, denies the allegations of Paragraph One of the Complaint.  The Defendant, however, admits that this Court has jurisdiction pursuant to Section 81 of the Washington Metropolitan Area Transit Authority Compact, 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) codified at D.C. Code §9-1107.10 (2007).

2-3.   The Defendant, WMATA, denies the allegations of Paragraphs Two and Three of the Complaint.  The Defendant, however, admits that on September

13, 2006, at approximately 6:45 a.m., the WMATA bus was being operated by Keith A. Ward with Defendant's permission and consent on a revenue-generating route.

Further answering the Complaint, the Defendant, WMATA, denies any and all allegations of negligence and/or other improper conduct and further denies all allegations contained in Plaintiff's Complaint not heretofore specifically admitted or denied.

### THIRD DEFENSE

Plaintiff's claim is barred by his sole and/or contributory negligence.

### FOURTH DEFENSE

Plaintiff's claim is barred by his assumption of the risk.

### FIFTH DEFENSE

Plaintiff's injuries and damages as alleged in the Complaint were the sole result of the acts of the Co-Defendant, Edward J. Fitzmaurice, and/or persons other than WMATA or WMATA's servants, agents, or employees acting within the scope of their employment.

### SIXTH DEFENSE

Plaintiff's injuries and damages as alleged in the Complaint are not causally related to the incident; and his healthcare treatment and resultant expenses as alleged in the Complaint were neither reasonable nor necessary.  Further, the Defendant denies that the Plaintiff has been injured and damaged to the extent

alleged and therefore demands strict proof thereof.

### SEVENTH DEFENSE

The Defendant, WMATA, reserves the right to assert that Plaintiff's claim is barred in whole, or in part, by Section 80 of the WMATA Compact and/or any and all other applicable immunities.

### EIGHTH DEFENSE

The Defendant, WMATA, reserves the right to assert that Plaintiff's claim is barred by the applicable Statute of Limitations.

### NINTH DEFENSE

The Defendant, WMATA, intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves the right to assert such a defense as the facts become known.

**WHEREFORE**, having fully answered the Complaint, the Defendant, Washington Metropolitan Area Transit Authority, respectfully requests that Plaintiff's Complaint be dismissed with prejudice and that it be awarded costs.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

Carol B. O'Keeffe #445277
General Counsel

_____/s/_____
Mark F. Sullivan #430876
Deputy General Counsel
msullivan@wmata.com

                              /s/
                  Gerard J. Stief #925933
                  Associate General Counsel
                  gstief@wmata.com

                              /s/
                  Nicholas S. Nunzio, Jr. #362578
                  Assistant General Counsel - WMATA
                  600 Fifth Street, N.W.
                  Washington, D.C.  20001
                  (202) 962-1028
                  nnunzio@wmata.com

### **DEMAND FOR JURY TRIAL**

      The Defendant, WMATA, demands a trial by jury as to all issues raised herein.

                              /s/
                  Nicholas S. Nunzio, Jr.

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th day of November 2007, a copy of the foregoing **Answer of Defendant Washington Metropolitan Area Transit Authority to Plaintiff's Complaint and Demand for Jury Trial** was electronically filed/served on and mailed first class mail, postage prepaid to:

Edward C. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036

Edward J. Fitzmaurice
4514 Connecticut Avenue, N.W.
Apt. 301
Washington, D.C.  20008

_____/s/_____
Nicholas S. Nunzio, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEXANDER G. PINEDA** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil No.  1:07-cv-01948 |
| | : | Assigned to: Sullivan, Emmet G. |
| **EDWARD J. FITZMAURICE** and | : | Assign. Date; 10/29/2007 |
| **WASHINGTON METROPOLITAN AREA** | : | Description: PI/Malpractice |
| **TRANSIT AUTHORITY** | : | |
| | : | |
| **Defendants.** | : | |

**WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY'S CROSS-CLAIM AGAINST EDWARD J. FITZMAURICE**

**COMES NOW**  the Cross-Plaintiff, Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA") , by and through undersigned counsel, and for cross-claim against Cross-Defendant, Edward J. Fitzmaurice, states as follows:

**COUNT I**
**(Contribution and Indemnity)**

1. Plaintiff, Alexander G. Pineda, filed a Complaint, which is in the Court file and incorporated by reference herein, against WMATA and Edward J. Fitzmaurice, alleging negligence by Defendants in their respective operation of a WMATA bus and automobile on September 13, 2006 at the intersection of 16th Street, N.W. and Irving Street, N.W. in Washington, D.C.

2. Cross-Plaintiff, WMATA, denies any and all negligence and alleges that Plaintiff's injuries and damages as alleged in his Complaint were not caused by any negligent act, error or omission of Cross-Plaintiff, WMATA, but by the negligent

acts, errors, or omissions of Cross-Defendant, Edward J. Fitzmaurice, who caused and/or contributed to bringing about the incident and injuries alleged in Plaintiff's Complaint; that but for said acts, errors, or omissions the alleged incident and injuries, if any, would not have occurred and have been sustained, and if Cross-Plaintiff, WMATA, is adjudged liable to Plaintiff for any such damages, Cross-Plaintiff, WMATA , is entitled to contribution and/or indemnity from Cross-Defendant, Edward J. Fitzmaurice, for any and all sums adjudged against it.

    **WHEREFORE**, Cross-Plaintiff, Washington Metropolitan Area transit Authority, demands judgment for contribution and/or indemnity against the Cross-Defendants, Edward J. Fitzmaurice, for the following: (1) any and all sums adjudged against it in favor of the Plaintiff; (2) for its costs and expenses, including attorneys' fees, in defending Plaintiff's action; or (3) for contribution as to any such sums in an amount not less than one-half (½) of such judgment as the Plaintiff may take against it; and (4) for such other and further relief as to this Honorable Court deems just, necessary and proper.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

Carol B. O'Keeffe #445277
General Counsel

    /s/
Mark F. Sullivan #430876
Deputy General Counsel
msullivan@wmata.com

                                         /s/
                            Gerard J. Stief #925933
                            Associate General Counsel
                            gstief@wmata.com


                                         /s/
                            Nicholas S. Nunzio, Jr. #362578
                            Assistant General Counsel - WMATA
                            600 Fifth Street, N.W.
                            Washington, D.C.  20001
                            (202) 962-1028
                            nnunzio@wmata.com
                            Attorneys for Cross-Plaintiff, WMATA

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 5th day of November 2007, a copy of the foregoing **Washington Metropolitan Area Transit Authority Cross-Claim Against Edward J, Fitzmaurice** was electronically filed/served on and mailed first class mail, postage prepaid to:

Edward C. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036

Edward J. Fitzmaurice
4514 Connecticut Avenue, N.W.
Apt. 301
Washington, D.C.  20008

                                         /s/
                            Nicholas S. Nunzio, Jr.