UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER G. PINEDA   * | |
| * | |
| Plaintiff,   * | |
| * | |
| Vs.   * | Civil Action No. 1:07-cv-01948-EGS |
| * | |
| EDWARD J. FITZMAURICE, *et al.*   * | |
| * | |
| Defendants.   * | |

ENTRY OF APPEARANCE

Please enter the appearance of Lawrence K. Bou, as additional counsel for the Plaintiff, ALEXANDER G. PINEDA, in regards to the above-captioned case.

Respectfully submitted,

BOU & BOU

/s/ Lawrence K. Bou
Lawrence K. Bou, #435410
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036
(202) 223-1934
(202) 223-0086 FAX
Lawrence@BouandBou.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I served the foregoing document by mailing a copy first class in a postage pre-paid envelope to:

Nicholas S. Nunzio, Jr., Esquire
Assistant General Counsel
WMATA
600 5th Street, N.W.
Washington, D.C. 20001
*Counsel for Defendant WMATA*

/s/ Lawrence K. Bou
Lawrence K. Bou