IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEXANDER G. PINEDA** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No.: 1:07-cv-01948 |
| | * | Assigned to: Sullivan, Emmet G. |
| **EDWARD J. FITZMAURICE, et al.** | * | Assigned Date: 10/29/2007 |
| | * | Description: PI/Malpractice |
| Defendants. | * | |

## ANSWER OF DEFENDANT EDWARD J. FITZMAURICE TO PLAINTIFF'S COMPLAINT

**COMES NOW** the Defendant, Edward J. Fitzmaurice (hereinafter "Fitzmaurice") by and through his attorneys Amanda Myers and Wesker & Whittaker P.C. and hereby Answers the Plaintiff's Complaint as follows:

1. The Defendant, Fitzmaurice admits that this Court has jurisdiction.

2. The Defendant, Fitzmaurice denies the allegations of Paragraph Two of the Plaintiff's Complaint. The Defendant, however, admits that on September 13, 2006, at approximately 6:45 a.m., that he was operating his vehicle at the location described in Plaintiff's Complaint.

3. The Defendant, Fitzmaurice denies the allegations of Paragraph Three of the Plaintiff's Complaint.

Any allegation contained in the Plaintiff's Complaint which is not specifically admitted is denied.

### FIRST DEFENSE

The Defendant denies liability generally. All material allegations in the Complaint not expressly admitted are denied.

### SECOND DEFENSE

The Complaint fails to state a cause of action against Defendant Fitzmaurice upon which relief can be granted.

### THIRD DEFENSE

Plaintiff's claim is barred by Plaintiff's sole and/or contributory negligence.

### FOURTH DEFENSE

Plaintiff's claim is barred by his assumption of the risk.

### FIFTH DEFENSE

Plaintiff's injuries and damages as alleged in the Complaint were there sole result of the acts of the Co-Defendant WMATA and/or their servants, agents, or employees acting within the scope of their employment.

### SIXTH DEFENSE

Plaintiff's injuries and damages as alleged in the Complaint are not causally related to the incident. Plaintiff's healthcare treatment and resultant expenses as alleged in the Complaint were neither reasonable nor necessary.  Further, the Defendant denies that the Plaintiff has been injured and damaged to the extent alleged.

### SEVENTH DEFENSE

Plaintiff's claim is barred by the applicable Statute of Limitations.

### NINTH DEFENSE

The Defendant, Fitzmaurice, intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves the rights to assert such a defense as the facts become known.

### TENTH DEFENSE

Defendant, Fitzmaurice, demands strict proof of all averments in Plaintiff's Complaint and also demands proof of the following:

    A.    The legal existence of a party, including a partnership or a corporation.

    B.    The capacity of a party to sue or be sued.

    C.    The authority of a party to sue or be sued in a representative capacity.

    D.    The averment of the execution of a written instrument.

    E.    The averment of the ownership of a motor vehicle.

**WHEREFORE** having fully answered the Plaintiff's Complaint, Defendant Edward J. Fitzmaurice, respectfully requests that Plaintiff's Complaint be dismissed with prejudice and that he be awarded costs.

Respectfully submitted,

/S/ Amanda Myers

_____

Amanda Myers,
**WESKER & WHITTAKER, P.C.**
904 Wind River Lane, Suite 103
Gaithersburg, Maryland 20878
(301) 330-5460
wesker_whittaker@yahoo.com
Attorney for Defendant Fitzmaurice

## DEMAND FOR JURY TRIAL

The Defendant, Edward J. Fitzmaurice, demands a trial by jury as to all issues raised herein.

/S/ Amanda Myers

_____

Amanda Myers

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that a copy of the foregoing Answer of Defendant Edward J. Fitzmaurice to Plaintiff's Complaint was mailed, first-class, postage prepaid, on this ___ day of _____, 2007, to:

Edward C. Bou
1001 Connecticut Avenue, NW
Suite 204
Washington D.C. 20036

Nicholas S. Nunzio, Jr.
WMATA
600 5th Street, NW
Washington, DC 20001

                                                  _____
                                                  Amanda Myers