IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER G. PINEDA** | * |
| Plaintiff, | * |
| v. | * Civil No.: 1:07-cv-01948 |
| | * Assigned to: Sullivan, Emmet G. |
| **EDWARD J. FITZMAURICE, et al.** | * Assigned Date: 10/29/2007 |
| | * Description: PI/Malpractice |
| Defendants. | * |

**RECEIVED DEC 2 6 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

## ANSWER OF DEFENDANT EDWARD J. FITZMAURICE TO PLAINTIFF'S COMPLAINT

**COMES NOW** the Defendant, Edward J. Fitzmaurice (hereinafter "Fitzmaurice") by and through his attorneys Amanda Myers and Wesker & Whittaker P.C. and hereby Answers the Plaintiff's Complaint as follows:

1. The Defendant, Fitzmaurice admits that this Court has jurisdiction.

2. The Defendant, Fitzmaurice denies the allegations of Paragraph Two of the Plaintiff's Complaint. The Defendant, however, admits that on September 13, 2006, at approximately 6:45 a.m., that he was operating his vehicle at the location described in Plaintiff's Complaint.

3. The Defendant, Fitzmaurice denies the allegations of Paragraph Three of the Plaintiff's Complaint.

Any allegation contained in the Plaintiff's Complaint which is not specifically admitted is denied.

## FIRST DEFENSE

The Defendant denies liability generally. All material allegations in the Complaint not expressly admitted are denied.

## SECOND DEFENSE

The Complaint fails to state a cause of action against Defendant Fitzmaurice upon which relief can be granted.

### THIRD DEFENSE

Plaintiff's claim is barred by Plaintiff's sole and/or contributory negligence.

### FOURTH DEFENSE

Plaintiff's claim is barred by his assumption of the risk.

### FIFTH DEFENSE

Plaintiff's injuries and damages as alleged in the Complaint were there sole result of the acts of the Co-Defendant WMATA and/or their servants, agents, or employees acting within the scope of their employment.

### SIXTH DEFENSE

Plaintiff's injuries and damages as alleged in the Complaint are not causally related to the incident. Plaintiff's healthcare treatment and resultant expenses as alleged in the Complaint were neither reasonable nor necessary. Further, the Defendant denies that the Plaintiff has been injured and damaged to the extent alleged.

### SEVENTH DEFENSE

Plaintiff's claim is barred by the applicable Statute of Limitations.

### NINTH DEFENSE

The Defendant, Fitzmaurice, intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves the rights to assert such a defense as the facts become known.

### TENTH DEFENSE

Defendant, Fitzmaurice, demands strict proof of all averments in Plaintiff's Complaint and also demands proof of the following:

- A. The legal existence of a party, including a partnership or a corporation.
- B. The capacity of a party to sue or be sued.
- C. The authority of a party to sue or be sued in a representative capacity.
- D. The averment of the execution of a written instrument.
- E. The averment of the ownership of a motor vehicle.

**WHEREFORE** having fully answered the Plaintiff's Complaint, Defendant Edward J. Fitzmaurice, respectfully requests that Plaintiff's Complaint be dismissed with prejudice and that he be awarded costs.

Respectfully submitted,

/S/ Amanda Myers

Amanda Myers,
**WESKER & WHITTAKER, P.C.**
904 Wind River Lane, Suite 103
Gaithersburg, Maryland 20878
(301) 330-5460
wesker_whittaker@yahoo.com
Attorney for Defendant Fitzmaurice

### DEMAND FOR JURY TRIAL

The Defendant, Edward J. Fitzmaurice, demands a trial by jury as to all issues raised herein.

/S/ Amanda Myers

Amanda Myers

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY, that a copy of the foregoing Answer of Defendant Edward J. Fitzmaurice to Plaintiff's Complaint was mailed, first-class, postage prepaid, on this ____ day of _Dec_, 2007, to:

Edward C. Bou
1001 Connecticut Avenue, NW
Suite 204
Washington D.C. 20036

Nicholas S. Nunzio, Jr.
WMATA
600 5th Street, NW
Washington, DC 20001

_____
Amanda Myers



Print - Close Window

| | |
|---|---|
| From: | dcd_cmecf@dcd.uscourts.gov |
| Subject: | Re: Pineda v. Fitzmaurice, et al. 1:07cv01948 |
| To: | "Wesker & Whittaker" <wesker_whittaker@yahoo.com> |
| Date: | Wed, 19 Dec 2007 21:52:50 -0500 |

```
I guess you can file it in paper at the Clerk's Office this one time.
 You
should include a cover letter with it explaining your difficulty with
converting it to a PDF and that you are still awaiting a login and
 password
for Mr. Myers. Someone in the office will scan it and file it for you.
 I
will let the docket clerk for Judge Sullivan know to look for it. Thank
you.
Nicole Wilkens
```

|  | Wesker & Whittaker <wesker_whittaker@yahoo.com> | dcd_cmecf@dcd.uscourts.gov |
|---|---|---|
| To | | |
| cc | 12/19/2007 03:19 PM | |
| Subject | | Re: Pineda v. Fitzmaurice, et al. 1:07cv01948 |

I have not had any luck fixing the PDF. I still do not have the log in

info
for Attorney Myers.  What do you suggest for filing this document?

dcd_cmecf@dcd.uscourts.gov wrote:
Ms. Murray-
Have you had any luck fixing the PDF of your answer in this case? I just
noticed that I have not heard back from you and I will be off for the
holidays for two weeks beginning Friday and wanted to check in and see if
I
should still be expecting the answer. I see that it has not yet been filed
on the docket, so please give me an update when you get a chance.
Thank
you.
Nicole Wilkens
Clerk's Office




Wesker &
Whittaker
@yahoo.com>   dcd_cmecf@dcd.uscourts.gov
cc
12/13/2007 02:20
PM Subject
Re: Pineda v. Fitzmaurice, et al.
1:07cv01948




Ms. Wilkens,

We still have not received the log in and password for our attorney. I
have converted our Answer into PDF by scanning and am attaching it for you
to submit it on our behalf. If you have any problems with this, please
call or email me.

Thanks for your help.

Sheila Murray

dcd_cmecf@dcd.uscourts.gov wrote:
Ms. Murray-
I will be happy to file your answer. However, it must be in PDF format in
order for the ECF system to accept it. Please convert or scan your answer

into a PDF and resubmit it. Thank you.
Nicole Wilkens
Clerk's Office


Wesker &
Whittaker
@yahoo.com> dcd_cmecf@dcd.uscourts.gov
cc
12/06/2007 02:35
PM Subject
Pineda v. Fitzmaurice, et al.
1:07cv01948


To Whom it May Concern:

Our law firm needs to file an Answer in the subject referenced matter
immediately. Attorney Amanda Myers, Bar ID: MD16915 was sworn in to US
District Court for the District Of Columbia on Monday, December 7,
2007.
We have submitted a request for her ECF id and password today. It is
understood that it can take up to one week before we receive the id
and
password. With speaking with a clerk, I was told that we could email
the
Answer to this address and that it may be possible to have it filed
for us
until we receive the id and password to electronically file it.

I am attaching our Answer to the Complaint in Case No.: 1:07 cv 01948.
Please advise if this will be filed or what we need to do so that it
is
considered timely.

Thank you.
Sheila Murray
Legal Assistant to Amanda Myers



Wesker and Whittaker, P.C.
904 Wind River Lane
Suite 103
Gaithersburg, Maryland 20878
Telephone: 301.330.5460
Fax: 301.330.5120

Looking for last minute shopping deals? Find them fast with Yahoo!
Search.
[attachment "answer.doc" deleted by Nicole Wilkens/DCD/DC/USCOURTS]

Wesker and Whittaker, P.C.
904 Wind River Lane
Suite 103
Gaithersburg, Maryland 20878
Telephone: 301.330.5460
Fax: 301.330.5120

Looking for last minute shopping deals? Find them fast with Yahoo!
Search.
[attachment "Answer.pdf" deleted by Nicole Wilkens/DCD/DC/USCOURTS]

Wesker and Whittaker, P.C.
904 Wind River Lane
Suite 103
Gaithersburg, Maryland 20878
Telephone: 301.330.5460
Fax: 301.330.5120

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try
it
now.