IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER G. PINEDA | * |
| Plaintiff, | * |
| Vs. | * Civil Action No. 07-1948 (EGS) |
| EDWARD J. FITZMAURICE, *et al.* | * |
| Defendants. | * |

RULE 16.3 REPORT

COME NOW Plaintiff, ALEXANDER G. PINEDA, by and through counsel, Bou & Bou, Defendants EDWARD J. FITZMAURICE, by and through counsel, Amanda Myers, and WMATA, by and through counsel, Nicholas S. Nunzio, Jr., and submit their Status Report in accordance with this Court's Scheduling Order as follows:

**1.   Statement of the Case**

The Plaintiff, Alexander G. Pineda, has sued the Defendants, Edward J. Fitzmaurice and WMATA, claiming personal injuries and other damages resulting from a motor vehicle accident involving three vehicles that occurred on September 13, 2006 @ approximately 6:45 a.m. at or near the intersection of 16th and Irving Streets, N.W., Washington, D.C. At that time and place, the Plaintiff was a passenger on a Metrobus (#5221) that was operated by Carl Hannah which was involved in a collision with a 1997 Mercury Marquis that was operated by Edward J. Fitzmaurice and a Metrobus (#2190) that was operated by Keith Ward. The Plaintiff claims that the Defendants are liable for his damages.

**2.   Dispositive Motions**

None anticipated.

**3.   Cut-Off Date for Joinder of Parties and Amendment of Pleadings**

1

June 15, 2008.

**4.  Consent to U.S. Magistrate Judge**

The parties consent to having a U.S. Magistrate Judge conduct any proceedings regarding discovery and settlement.

**5.  Possibility of Settlement**

Strong possibility of settlement.

**6.  Alternative Dispute Resolution**

The parties consent to mediation by a U.S. Magistrate Judge.

**7.  Summary Judgment or Motion to Dismiss**

Not anticipated.

**8.  Initial Disclosures**

The Plaintiff and Defendant WMATA have exchanged their initial disclosures. The Defendant, Edward J. Fitzmaurice, adopts WMATA's initial disclosures with the substitution of USAA as its insurance carrier and the addition of Edward J. Fitzmaurice as a witness. The Defendant, Edward J. Fitzmaurice, reserves the right to call any fact or expert witness identified in any other parties' initial disclosures. The Defendants reserve the right to designate Richard Conant, M.D., as an expert witness pursuant to Rule 35.

**9.  Discovery**

The parties have exchanged written discovery and anticipate conducting less than 10 depositions of fact witnesses.

**10. Modification of Rule 26(a)(2) Expert Witnesses**

None anticipated.

**11. Class Actions**

Not applicable.

**12.** **Bifurcation**

The issues of liability and damages should not be bifurcated.

**13.** **Pretrial Conference Date**

To be set by the Court.

**14.** **Trial Date**

The parties request that the Court set the trial date within 30 to 60 days following the pretrial conference.

**15.** **Other Matters**

WMATA requests that this case be consolidated with <u>Newbe Safo v. WMATA</u>, 1:07-cv-02325-EGS, which is pending in this Court.

Dated: March 21, 2008

                        Respectfully submitted,

                        <u>/s/ Lawrence K. Bou</u>
                        Lawrence K. Bou, Esquire
                        Bou & Bou
                        DC Bar #435410
                        1001 Connecticut Avenue, N.W.
                        Suite 204
                        Washington, D.C. 20006
                        (202) 223-1934
                        *Counsel for Plaintiff*

/s/ Nicholas S. Nunzio, Jr.
Nicholas S. Nunzio, Jr., Esquire
DC Bar #362578
Assistant General Counsel
WMATA
600 5th Street, N.W.
Washington, D.C. 20001
(202) 962-1028
*Counsel for Defendant WMATA*


/s/ Amanda Myers
Amanda Myers, Esquire
Federal Bar #MD16915
Wesker & Whittaker, P.C.
904 Wind River Lane
Suite 103
Gaithersburg, MD 20878
(301) 330-5460
*Counsel for Defendant Edward J. Fitzmaurice*

4