REFERRAL TO MAGISTRATE JUDGE

CATEGORY:  TYPE B

Co 299 (Revised-DC 03/00)

CAUSE OF ACTION:

| CASE NO:<br>07-1948 | DATE REFERRED:<br>5/29/08<br><br>DISPOSITION DATE: | PURPOSE:<br>ALL PURPOSES INCLUDING TRIAL | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>JOHN FACCIOLA |
|---|---|---|---|---|

| PLAINTIFF (S) :<br>ALEXANDER PINEDA | DEFENDANT(S):<br>EDWARD FITZMAURICE, et al |
|---|---|

ENTRIES: