IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER G. PINEDA** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Civil No.  1:07-cv-01948 |
| : | Magistrate Judge John Facciola |
| **EDWARD J. FITZMAURICE  and** : | (for all purposes) |
| **WASHINGTON METROPOLITAN AREA** : | |
| **TRANSIT AUTHORITY, et al.** : | |
| : | |
| **Defendants.** : | |
| : | **CONSOLIDATED WITH** |
| : | |
| **NEWBE SAFO** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Civil No.  1:07-cv-02325 |
| : | |
| **WASHINGTON METROPOLITAN AREA** : | |
| **TRANSIT AUTHORITY and EDWARD J.** : | |
| **FITZMAURICE, et al.** : | |
| : | |
| **Defendants.** : | |
| : | |

### NOTICE REGARDING STIPULATION OF LIABILITY

**TO THE CLERK:**

Pursuant to the Court's request made at the settlement conference of May 29, 2008 at which reciprocal stipulations of liability were discussed by the defendants and the fact that the co-defendants do not stipulate to liability as indicated by their filing on June 24, 2008 (Docket Entry #14), Defendant, Washington Metropolitan Area Transit Authority, does not stipulate to liability.

                              **WASHINGTON METROPOLITAN AREA**
                              **TRANSIT AUTHORITY**

                                          /s/
                              Nicholas S. Nunzio, Jr. #362578
                              Assistant General Counsel - WMATA
                              600 Fifth Street, N.W.
                              Washington, D.C.  20001
                              Telephone:  (202) 962-1028
                              Facsimile: (202) 962-2550
                              E-mail:  nnunzio@wmata.com

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 30th day of June 2008, a copy of the foregoing **Notice Regarding Stipulation of Liability** was electronically filed/served on:

Lawrence K. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Amanda Myers, Esquire
WESKER & MYERS, P.C.
904 Wind River lane,
Suite 103
Gaithersburg, MD 20878

                                          /s/
                              Nicholas S. Nunzio, Jr.