# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER G. PINEDA** | : |
| | : |
| Plaintiff, | : |
| v. | : Civil No.  1:07-cv-01948 |
| | : Magistrate Judge John Facciola |
| **EDWARD J. FITZMAURICE** and | : (for all purposes) |
| **WASHINGTON METROPOLITAN AREA** | : |
| **TRANSIT AUTHORITY, et al.** | : |
| | : |
| Defendants. | : |
| | : CONSOLIDATED WITH |
| | : |
| **NEWBE SAFO** | : |
| | : |
| Plaintiff, | : |
| v. | : Civil No.  1:07-cv-02325 |
| | : |
| **WASHINGTON METROPOLITAN AREA** | : |
| **TRANSIT AUTHORITY** and **EDWARD J.** | : |
| **FITZMAURICE, et al.** | : |
| | : |
| Defendants. | : |
| | : |

### DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S OPPOSITION TO PLAINTIFF NEWBE SAFO'S MOTION FOR ORDER COMPELLING DISCOVERY

**COMES NOW** the Defendant Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA") by and through undersigned counsel and in opposition to Plaintiff Newbe Safo's Motion for Order Compelling Discovery sates as follows:

1.  Defendant WMATA has completed and filed discovery responses.  See

attached Certificate Regarding Discovery.[1]

2.      Defendant WMATA waited to complete these discovery responses because there was a suggestion of reciprocal stipulations of liability by the Defendants at the Settlement Conference on May 29, 2008.  Had the reciprocal stipulations of liability been filed the need for the filing of Defendant WMATA's discovery responses would have been obviated.  However, in that Defendant Edward Fitzmaurice did not stipulate to liability (See June 24, 2008 Docket Entry/Document No.14), Defendant WMATA was unable to stipulate to liability. (See June 30, 2008 Docket Entry/Document No. 15).

3.      On July 7, 2008, Defendant WMATA filed a Motion to Dismiss Plaintiff Newbe Safo's Complaint against the Defendant's bus operators, Carl Hannah and Keith Ward, on the basis that the Defendant WMATA has admitted in its Answer to Plaintiff's Complaint that these two bus operators were acting within the course and scope of their employment at the time of the occurrence and, therefore, immune from lawsuit, pursuant to Section 80 of the WMATA Compact, 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966) codified at D.C. Code §9-1107.01(80) (2008). (See Docket Entry/Document 16).[2]  It is requested that discovery of these two individual Defendants be stayed until the Court's disposition

---

[1] Plaintiffs in both cases have been reminded that they owe the Defendant WMATA their respective discovery responses, which are long overdue.

[2] In Answer to Plaintiff Newbe Safo's Interrogatory No. 16, Defendant WMATA again admits that both bus operators were operating the vehicles within the scope of their employment and with the permission and knowledge of WMATA.

on the motion.

                                    **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

                                    /s/
Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile: (202) 962-2550
E-mail:  nnunzio@wmata.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th  day of July 2008, a copy of the foregoing **Defendant Washington Metropolitan Area Transit Authority's Opposition to Plaintiff Newbe Safo's Motion for Order Compelling Discovery** was electronically filed/served on:

Lawrence K. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Amanda Myers, Esquire
WESKER & MYERS, P.C.
904 Wind River lane,
Suite 103
Gaithersburg, MD 20878

                                    /s/
Nicholas S. Nunzio, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER G. PINEDA**   :<br>:<br>Plaintiff,   :<br>v.   :<br>:<br>**EDWARD J. FITZMAURICE** and   :<br>**WASHINGTON METROPOLITAN AREA**   :<br>**TRANSIT AUTHORITY, et al.**   :<br>:<br>Defendants.   :<br>_____:<br>:<br>**NEWBE SAFO**   :<br>:<br>Plaintiff,   :<br>v.   :<br>:<br>**WASHINGTON METROPOLITAN AREA**   :<br>**TRANSIT AUTHORITY and EDWARD J.**   :<br>**FITZMAURICE, et al.**   :<br>:<br>Defendants.   :<br>_____:  | Civil No.  1:07-cv-01948<br>Magistrate Judge John Facciola<br>(for all purposes)<br><br><br><br><br><br>CONSOLIDATED WITH<br><br><br><br><br>Civil No.  1:07-cv-02325 |

### CERTIFICATE REGARDING DISCOVERY

**I HEREBY CERTIFY** that on this 10th day of July 2008, I served on all counsel or pro se parties hereto a copy of **Defendant Washington Metropolitan Area Transit Authority's Answers to Plaintiff Newbe Safo's Interrogatories and Requests for Production of Documents, together with documents**, and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

**WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY**

/s/ Nicholas S. Nunzio, Jr.
Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile: (202) 962-2550
E-mail:  nnunzio@wmata.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of July 2008, a copy of the foregoing **Certificate Regarding Discovery** was e-filed/e-served and mailed, first class mail, postage prepaid to:

Peter A. Chapin, Esquire
SACHS & CHAPIN, P.C.
927 15th Street, 9th Floor
Washington, D.C. 20005

Lawrence L. Wesker, esquire
WESKER & WHITTAKER, P.C.
904 Wind River Lane, Suite 103
Gaithersburg, MD 20878

Lawrence K. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036

/s/ Nicholas S. Nunzio, Jr.
Nicholas S. Nunzio, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER G. PINEDA : | |
| : | |
| Plaintiff, : | |
| v. : | Civil No. 1:07-cv-01948 |
| : | Magistrate Judge John M. Facciola |
| EDWARD J. FITZMAURICE and : | (for all purposes) |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY, et al. : | |
| : | |
| Defendants. : | |
| : | CONSOLIDATED WITH |
| : | |
| NEWBE SAFO : | |
| : | |
| Plaintiff, : | |
| v. : | Civil No. 1:07-cv-02325 |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY and EDWARD J. : | |
| FITZMAURICE, et al. : | |
| : | |
| Defendants. : | |
| : | |

**O R D E R**

**UPON CONSIDERATION** of Plaintiff Newbe Safo's Motion for Order Compelling Discovery and Defendant Washington Metropolitan Area Transit Authority's opposition thereto and upon a review of the record herein including the Defendant Washington Metropolitan Area Transit Authority's Certificate Regarding Discovery, filed simultaneously with the Defendant's opposition, it is by the United States District Court for the District of Columbia this ____ day of _____ 2008,

**ORDERED**, that the Plaintiff Newbe Safo's Motion for Order Compelling Discovery be and these same is hereby **DENIED AS MOOT AS TO THE DEFENDANT**

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ONLY**.

                                        **JOHN M. FACCIOLA**
                                        **UNITED STATES MAGISTRATE JUDGE**

Copies to:

Nicholas S. Nunzio, Jr.
Assistant General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001

Lawrence K. Bou, Esquire
BOU & BOU
1001 Connecticut Avenue, N.W.
Suite 204
Washington, D.C. 20036

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
927 15th Street, N.W., 9th Floor
Washington, D.C. 20005

Amanda Myers, Esquire
WESKER & MYERS, P.C.
904 Wind River lane,
Suite 103
Gaithersburg, MD 20878