IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEXANDER G. PINEDA** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No.: 1:07-cv-01948-JMF |
| | * | Assigned to:  Judge Facciola |
| **EDWARD J. FITZMAURICE, et al.** | * | Assigned Date: 10/29/07 |
| | * | Description: PI |
| Defendants. | * | |

### DEFENDANT FITZMAURIECE'S OPPOSITION TO PLAINTIFF SAFO'S MOTION TO COMPEL DISCOVERY

COMES NOW the Defendant, Edward Fitzmaurice, by and through his attorneys, Amanda Myers, Esq. and Wesker & Myers P.C., in opposition to Plaintiff Safo's Motion for Order Compelling Discovery and for reasons state:

1.Plaintiff Safo's Motion to Compel is moot as Defendant Fitzmaurice's Answers to Safo's Interrogatories and Responses to Request for Production of Documents were forward to Plaintiff Safo's counsel on July 15, 2008. See Certificate of Service attached as Exhibit A.

2.That under Federal Rules of Civil Procedure 26 (d), discovery may not be sought by a party until after the conference required by Rule 26 (f).

3.Plaintiff Safo served discovery on January 15, 2008. The Rule 26 (f) conference was held on March 21, 2008. Thus, Plaintiff Safo's initial discovery was not proper.

4.Defendant Fitzmaurice was unaware of Plaintiff Safo's June 25, 2008 correspondence requesting discovery responses and Plaintiff Safo's Motion to Compel filed on June 30, 2008 as they were to sent Defense counsel's previous email address, wesker_whittaker@yahoo.com.

5.  Defense counsel's email address has been wesker.myers@yahoo.com since March of 2008, but through some mishap the Court did not have this information. Therefore, Defendant's counsel was not aware of Plaintiff Safo's Motion to Compel until July 16, 2008 and immediately drafted this response.

6.  Plaintiff Safo has unclean hands as he has failed to provide responses to Defendant Fitzmaurice's discovery requests.

7.  Plaintiff has not been prejudiced in anyway.

WHEREFORE, Defendant Fitzmaurice requests that the Court enter an Order denying Plaintiff Safo's Motion to Compel as moot.

Respectfully submitted,

/S/ Amanda Myers
_____
Amanda Myers, Esquire
Federal Bar # MD1615
**WESKER & MYERS, P.C.**
904 Wind River Lane, Suite 103
Gaithersburg, Maryland 20878
301-330-5460
Attorney for Defendant Fitzmaurice
wesker.myers@yahoo.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July 2008, a copy of the foregoing Defendant Fitzmaurice's Opposition to Plaintiff Safo's Motion for Order Compelling Discovery was electronically filed/served on:

Nicholas S. Nunzio, Jr.
WMATA
600 5th Street, NW
Washington, DC 20001

Peter A. Chapin, Esq.
Sacks & Chapin, PC
927 15th Street, NW, 9th Floor
Washington, DC 20005

Lawrence Bou
1001 Connecticut Ave, NW
Suite 204
Washington D.C. 20036

                                                                /s/ Amanda Myers
                                                                Amanda Myers

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEWBE SAFO** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  CASE NO.: 01:07-cv-2355 |
| | * |
| **CARL C. HANNAH , et al.** | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE REGARDING DISCOVERY

I hereby certify that on this  15th  day of  July , 2008, I served on:

Nicholas S. Nunzio, Jr.
WMATA
600 5th Street, NW
Washington, DC 20001

Peter A. Chapin, Esq.
Sacks & Chapin, PC
927 15th Street, NW, 9th Floor
Washington, DC 20005

Lawrence Bou, Esq.
1001 Connecticut Ave, NW
Suite 204
Washington DC 20036

by e-file and first class mail postage prepaid, **Defendant Fitzmaurice's Answers to Plaintiff Safo's Interrogatories and Responses to Request for Production of Documents.**  I will retain the original of this document in my possession, without alterations, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal has been decided.

Respectfully submitted,

/S/ Lawrence Wesker
_____
Lawrence L. Wesker,#16873
**WESKER & MYERS, P.C.**
904 Wind River Lane, Suite 103
Gaithersburg, Maryland 20878
301-330-5460
Attorney for Defendant Fitzmaurice

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALEXANDER G. PINEDA** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No.: 1:07-cv-01948-JMF |
| | * | Assigned to:  Judge Facciola |
| **EDWARD J. FITZMAURICE, et al.** | * | Assigned Date: 10/29/07 |
| | * | Description: PI |
| Defendants. | * | |

## ORDER

**Upon consideration** of Plaintiff Safo's Motion for an Order Compelling Discovery and Defendant Fitzmaurice's opposition hereto including Defendant Fitzmaurice's Notice of Service Regarding Discovery, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia, hereby

**ORDERED**, that Plaintiff Safo's Motion for an Order Compelling Discovery be and same is hereby denied as moot as to Defendant Fitzmaurice.

_____
JOHN FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Copies to:

Nicholas S. Nunzio, Jr.
WMATA
600 5th Street, NW
Washington, DC 20001

Peter A. Chapin, Esq.
Sacks & Chapin, PC
927 15th Street, NW, 9th Floor
Washington, DC 20005

Lawrence Bou
1001 Connecticut Ave, NW
Suite 204

Washington D.C. 20036

Amanda Myers, Esquire
904 Wind River Lane, Suite 103
Gaithersburg, Maryland 20878