AO 458 (Rev. 11/04 DC)-Appearance

# CourtUnited States District for the District of Columbia

Alexander G. Pineda

       Plaintiff(s)                   **APPEARANCE**

            VS.                     CASE NUMBER 1:07-cv-01948

Edward J. Fitzmaurice, et al.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of Lawrence L. Wesker _____ as counsel in this
                              (Attorney's Name)
case for: Edward J. Fitzmaurice
              (Name of party or parties)

07/21/2008
Date

16873
BAR IDENTIFICATION

Signature
Lawrence L. Wesker
Print Name
904 Wind River Lane, Suite 103
Address
Gaithersburg, Maryland 20878
City    State    Zip Code
301-330-5460
Phone Number