IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER G. PINEDA** | : |
| Plaintiff, | : Civil No. 1:07-cv-01948 |
| v. | : |
| | : Magistrate Judge John M. Facciola |
| **EDWARD J. FITZMAURICE** and **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al.** | : (for all purposes) |
| Defendants. | : CONSOLIDATED WITH |
| **NEWBE SAFO** | : |
| Plaintiff, | : |
| v. | : Civil No. 1:07-cv-02325 |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY and EDWARD J. FITZMAURICE, et al.** | : |
| | : <u>Pretrial</u>: August 15, 2008 @ 2:00 p.m. |
| | : <u>Trial</u>: August 27, 2008 @ 9:00 a.m. |
| Defendants. | : |

### PRAECIPE OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

**TO THE CLERK:**

Please enter all claims, including cross-claims, in both of the above-captioned cases as **"SETTLED"** and **"DISMISSED WITH PREJUDICE."** Each party shall be responsible for the payment of his and/or its own costs of these proceedings.

| | |
|---|---|
| **BOU & BOU** | **SACKS & CHAPIN, P.C.** |
| /s/ | /s/ |
| Lawrence K. Bou #435410 | Peter A. Chapin #002030 |
| 1001 Connecticut Avenue, N.W. | 927 15th Street, N.W. |
| Suite 204 | Ninth Floor |
| Washington, D.C. 20036 | Washington, D.C. 20005 |
| Telephone: (202) 223-1934 | Telephone: (202) 659-1200 |
| Facsimile: (202) 223-0086 | Facsimile: (202) 659-1029 |
| E-mail: lawrence@bouandbou.com | E-mail: pac@sacksandchapin.com |
| *Attorneys for Plaintiff, Alexander Pineda* | *Attorneys for Plaintiff, Newbe Safo* |

| | |
|---|---|
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | **WESKER & MYERS, P.C.** |
| /s/ | /s/ |
| Nicholas S. Nunzio, Jr. #362578 | Amanda Myers #MD16915 |
| Assistant General Counsel - WMATA | Lawrence Wesker #16873 |
| 600 Fifth Street, N.W. | 904 Wind River Lane, Suite103 |
| Washington, D.C. 20001 | Gaithersburg, MD 20878 |
| Telephone: (202) 962-1028 | Telephone: (301) 330-5460 |
| Facsimile: (202) 962-2550 | Facsimile: (301) 330-5120 |
| E-mail: nnunzio@wmata.com | E-mail: wesker_whttaker@yahoo.com |
| *Attorneys for Defendant WMATA* | |